**CSD 1160** [05/15/03]
Name, Address, Telephone No. & I.D. No.

Alan Steven Wolf,  Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
38 Corporate Park
Irvine, CA  92606
TEL (949) 720-9200
FAX (949) 608-0128

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ROY LOPEZ<br><div align="right">Debtor.</div> | BANKRUPTCY NO.  08-08428-LA7 |
| Mortgage Electronic Registration Systems, Inc. (aka MERS) solely as a nominee for SunTrust Mortgage, Inc., its successors and assigns<br><div align="right">Moving Party</div> | RS NO.      ASW-1 |
| ROY LOPEZ, Debtor; JAMES L. KENNEDY, Chapter 7 Trustee;<br><div align="right">Respondent(s)</div> | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☑ **REAL PROPERTY**      ☐ **PERSONAL PROPERTY**

     Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1.   A Petition under Chapter  ☑ 7  ☐ 11  ☐ 12  ☐ 13  was filed on  <u>August 29, 2008</u>.

2.   Procedural Status:

    a.   ☑ Name of Trustee Appointed *(if any)*:      JAMES L. KENNEDY

    b.   ☐ Name of Attorney of Record for Trustee *(if any)*:

    c.   ☐ *(Optional)* Prior Filing Information:
        Debtor has previously filed a Bankruptcy Petition on:_____.
        If applicable, the prior case was dismissed on: _____.

    d.   ☐ *(If Chapter 13 case)*:  Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

     Movant alleges the following in support of its Motion:

1.   ☑ The following real property is the subject of this Motion:
    a.   Street address of the property including county and state:

      900 Churchfield Drive
      Hinesville, GA 31313
      LIBERTY COUNTY, GEORGIA

    b.   Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

      single family residence

    c.   Legal description of property is attached as Exhibit A.

d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

e.    *Fair market value of property as set forth in the Debtor's schedules: $ _108,737.00_ .

f.    *Nature of Debtor's interest in the property:
   sole owner

2.   ☐  The following personal property is the subject of this Motion *(describe property)*:

   a.    Fair market value of property as set forth in the Debtor's schedules: $ _____ .

   b.    Nature of Debtor's interest in the property:

3.   *Fair market value of property according to Movant: $ _108,737.00_ .

4.   *Nature of Movant's interest in the property:  Movant holds a Deed of Trust dated September 15, 2006

5.   *Status of Movant's loan:
   a.    Balance owing on date of Order for Relief:    $ _____94,108.90_
   b.    Amount of monthly payment:    $ _____539.18_
   c.    Date of last payment:    _____
   d.    If real property,
      i.    Date of default:    _4/1/2008_
      ii.    Notice of Default recorded on:    _____
      iii.    Notice of Sale published on:    _____
      iv.    Foreclosure sale currently scheduled for:    _____
   e.    If personal property,
      i.    Pre-petition default:    $ _____    No. of months:_____
      ii.    Post-petition default:    $ _____    No. of months:_____

6.   *(If Chapter 13 Case, state the following:)*
   a.    Date of post-petition default:    _____
   b.    Amount of post-petition default:    $ _____

7.   Encumbrances:
   a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN)<br>Pre-Petition Arrearages<br>Total Amount - # of Months | | Post-Petition Arrearages<br>Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: SunTrust | 94,108.90 | 4,814.78 | 5 | 539.18 | 1 |
| 2nd: SunTrust | 23,342.00 | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 117,450.90 | $ 4,814.78 | | $ 539.18 | |

   b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
      ☐  See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8.    Relief from the automatic stay should be granted because:

a.    ☑   Movant's interest in the property described above is not adequately protected.

b.    ☑   Debtor has no equity in the ☑ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

c.    ☐   The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

        i.    the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

        ii.    the Debtor/Trustee has

            (1)   ☐   not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

            (2)   ☐   commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

d.    ☑   *Other cause exists as follows *(specify)*: ☐   See attached page.

        Debtor's Statement of Intention indicates that the subject real property is to be surrendered. See Exhibit B.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1.    ☑   Other relevant evidence:
        DECLARATION OF TENE GRIFFIN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

2.    ☐   *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☑   Relief as requested.

☑   Other:
    That the 10 day stay described by Bankruptcy Rule 4001(a)(3) be waived.

Dated:   October 27, 2008

            /s/ ALAN STEVEN WOLF
            [Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

# EXHIBIT  A

BOOK        PAGE
FILED
LIBERTY CO. CLERK'S OFFICE

01420  00169        2006 SEP 29  PH 1: 11

All that certain lot, tract or parcel of land situate, lying and being in the 1458th G.M. District of Liberty County, Georgia, and being in the City of Hinesville, being known and designated as Lot No. 36, Churchfield Estates, Phase 1, as shown and represented on that certain plat of survey made and prepared by Joe P. Davis, GRLS No. 1436, bearing a survey date of April 23, 1998, and a Plat Section 258, page 4, in the Office of the Clerk of Superior Court of Liberty County, Georgia, said plat by specific reference is made  a part hereof for descriptive and all other purposes. Said lot being bounded now or formerly as follows:  Northerly by lands of Dennis A. Waters, Jr.; Easterly by Lot No. 55, Southerly by Lot No. 37; and Westerly by the right of way of Churchfield Drive,  all as shown on the above referred to plat of survey.

(LOPEZ.PFD/0247-06/28)

# EXHIBIT  B

Form 8
(10/05)

# United States Bankruptcy Court
## Southern District of California

In re  **Roy Lopez**                                                                    Case No. _____

Debtor(s)                                    Chapter  **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Single Family Home located at:900 Churchfield Dr. Hinesville, GA  31313** | **Suntrust Mortgage** | X | | | |
| **Single Family Home located at:900 Churchfield Dr. Hinesville, GA  31313** | **Suntrust Mortgage** | X | | | |
| **2006 Honda Civic EX in debtor's posession.** | **Sun Community FCU** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **August 29, 2008**  _____          Signature  **/s/ Roy Lopez**  _____

**Roy Lopez**
Debtor